IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

\* \* \* \* \* \* \* \* \* \* \* \* \*

**UNITED STATES OF AMERICA**

   vs.         **CASE NO.  3:99CR299-003(PG)**

**ORLANDO GONZALEZ ACEVEDO**
\* \* \* \* \* \* \* \* \* \* \* \* \*

**INFORMATIVE MOTION**

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ**
**SENIOR U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

  **COMES NOW**, Luz Enid Aponte-Ortiz, U.S. Probation Officer of this Honorable Court, presenting an official report on the conduct and attitude of releasee, Orlando Gonzalez-Acevedo, who on July 21, 2000, was sentenced to an imprisonment term of sixty (60) months to be followed by a supervised release term of eight (8) years after he was convicted of violating Title 21, U.S.C., Section 846 and 841(a)(1).  A special monetary assessment in the amount of $100 was also imposed. On February 18, 2003, the offender was released from custody.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

  Since his release from custody, the releasee has violated the following condition of his supervision term:

  **VIOLATION OF MANDATORY CONDITION: "WHILE ON SUPERVISED RELEASE, YOU SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME".**

  On July  31, 2007, the offender notified the Probation Officer of his arrest by the local authorities on July 30, 2007. Mr. Gonzalez-Acevedo reported that he was charged with a violation of the Commonwealth of P.R., Criminal Code Law 54, Domestic Violence.  On July 31, 2007, a preliminary hearing was held in

which no probable cause was found against the offender. Contact was made with Agent Daniel Rivera from the P.R. Police Department, Domestic Violence Unit, Fajardo, P.R. court who confirmed the information provided by the offender. All pertinent documentation was requested and is pending to be received from District Court, Fajardo, P.R.

**WHEREFORE**, I declare under penalty and perjury that the foregoing is true and correct. It is respectfully requested that the Court note the aforementioned violation and allow the U.S. Probation Officer to further investigate this matter at this time. Your Honor will be kept abreast of the outcome of the investigation. Should the offender incur in any further violations the Court will be notified. Thereupon, to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 14th day of August 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Luz E. Aponte
Luz E. Aponte
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-766-5842
787-766-5945
luz_aponte@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

     I HEREBY certify that on August 14, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: José Ruíz, Assistant U.S. Attorney and John Ward-Llambias, Esq.

     In San Juan, Puerto Rico, this 14th day of August, 2007.

                                             s/Luz E. Aponte
                                             Luz E. Aponte
                                             U.S. Probation Officer
                                             Federal Office Building, Office 400
                                             San Juan, PR 00918
                                             787-766-5842
                                             787-766-5945
                                             luz_aponte@prp.uscourts.gov

LEA/