IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

\* \* \* \* \* \* \* \* \* \* \* \* \*

**UNITED STATES OF AMERICA**

      vs.        **CASE NO. 3:99CR299-003(PG)**

**ORLANDO GONZALEZ ACEVEDO**
\* \* \* \* \* \* \* \* \* \* \* \* \*

**SUPPLEMENT TO MOTION FILED ON AUGUST 14, 2007**

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ**
**SENIOR U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

    **COMES NOW, LUZ ENID APONTE-ORTIZ, U.S. PROBATION OFFICER** of this Court, respectively informing as follows:

    On August 14, 2007, a motion was filed notifying the court of the offender's new arrest by the local authorities and the preliminary hearing in which no probable cause was found. United States Probation Officer requested permission to further investigate this matter, pending pertinent documentation from the First Instance Court in Fajardo, P.R. On October 1, 2007, we received documentation from the court reflecting that no probable cause was found.

    **WHEREFORE**, I declare under penalty and perjury that the foregoing is true and correct. It is respectfully requested that the no action be taken at this time. Should the offender incur in any further violations the Court will be notified. Thereupon, he to be dealt with pursuant to law.

    In San Juan, Puerto Rico, this 3rd day of October, 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Luz E. Aponte
Luz E. Aponte
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-766-5842
787-766-5945

**CERTIFICATE OF SERVICE**

I HEREBY certify that on October 3, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: José Ruíz, Assistant U.S. Attorney and John Ward-Llambias, Esq.

In San Juan, Puerto Rico, this 3rd day of October, 2007.

s/Luz E. Aponte
Luz E. Aponte
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-766-5842
787-766-5945
luz_aponte@prp.uscourts.gov

LEA/